342

Argued August 21, affirmed August 21, 1972

STATE OF OREGON, *Respondent, v.* KENNETH
DONALD WILLARD (No. 28640), *Appellant.*

500 P2d 276

*F. E. Glenn,* Deputy Public Defender, Salem, argued
the cause for appellant. With him on the brief was
Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.